

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 13 C 982 | **DATE** | 2/6/2013 |
| **CASE TITLE** | SEC vs. A Chicago Convention Center et al | | |

**DOCKET ENTRY TEXT**

Ex parte motion hearing held on 2/6/13. Plaintiff's motion to file papers under seal is granted. Plaintiff's ex parte motion for a temporary restraining order, asset freeze and other emergency relief is granted. Preliminary injunction hearing set for 2/20/13 at 9:00 a.m. Enter Order for Temporary Restraining Order and Other Emergency Relief and Asset Freeze Order.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | KF |
|---|---|---|