# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 13 C 982 | **DATE** | 2/7/2013 |
| **CASE TITLE** | SEC vs. A Chicago Convention Center et al | | |

**DOCKET ENTRY TEXT**

Plaintiff's oral request to unseal this case is granted. The Clerk's Office is directed to unseal the complaint and all other pleadings and orders.

Docketing to mail notices.

| | | Courtroom Deputy Initials: | KF |
|---|---|---|---|