# Affidavit of Process Server

| US SEC | vs A Chicago Convention Center LLC et al. | 13 CV 982 |
|---|---|---|
| Plaintiff/Petitioner | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I **Barry A Savage Jr**
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **A Chicago Converntion Center, LLC**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents)
☐ Subpoena with $ _____ witness fee and mileage

☐ Summons, Complaint with exhibits, Order or TRO and Other Relief, Asset Freeze Order
SEC Brief in Support of Ex Parte Motion for TRO, Asset Freeze & Other Emergency
Relief with exhibits and Exhibits 2-4 in Support of Brief

by serving (NAME) **Ranwjer Suth, Mother**
at ☐ Home **1145 Plymouth CT Chgo IL**
☐ Business
☐ on (DATE) **02-07-2013** at (TIME) **7:19 pm**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
From (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service
☐ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely,

☒ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers
**Ranwjer Suth, Mother Authorize to Accept**
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address ☐ Evading ☐ Other: _____
☐ Address does not exist ☐ Service cancelled by litigant
☐ Moved, Left no forwarding ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on: ( ) , ( ) , ( )
DATE TIME DATE TIME DATE TIME
( ) , ( ) , ( ) , ( )
DATE TIME DATE TIME DATE TIME DATE TIME

**Description:**
| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ Male | ☐ White Skin | ☒ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☒ 5'-5'3" | ☐ 100-130 Lbs. |
| | ☒ Brown Skin | ☐ Blond Hair | | ☒ 36-50 Yrs. | ☐ 5'4"-5'8" | ☒ 131-160 Lbs. |
| ☐ Glasses | ☐ Yellow Skin | ☒ Gray Hair | ☐ Mustache | ☐ 51-65 Yrs. | ☐ 5'9"-6' | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Beard | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

OTHER IDENTIFYING FEATURES: _____

State of Illinois County of Cook

Subscribed and sworn to before me,
A notary public, this _____ day of February 2013

Notary Public _____

SERVED BY
LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/17/15

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

United States Securities & Exchange Commission

V.

A Chicago Convention Center, LLC, Anshoo Sethi, and Intercontinental Regional Center Trust of Chicago, LLC

C. **13CV982**
**JUDGE ST. EVE**
A: **MAG. JUDGE ROWLAND**

DI
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

~~Anshoo Sethi~~
~~Individually and as Agent for~~ A Chicago Convention Center, ~~LLC and Intercontinental Regional Center Trust of Chicago~~, LLC, c/o Anshoo Sethi, Agent
1314 S. Plymouth Court
Chicago, Illinois 60605-2717

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick M. Bryan (BryanP@sec.gov)
U.S. Securities & Exchange Commission
100 F. Street, NE
Washington, DC 20549
(202) 551 - 4420

an answer to the complaint which is herewith served upon you, within ___21___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service. Thom

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK

2-6-13
_____
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
             Date                                Signature of Server

_____
Address of Server

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Affidavit of Process Server

| US SEC | vs A Chicago Convention Center LLC et al. | 13 CV 982 |
|---|---|---|
| Plaintiff/Petitioner | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I **BARRY A SAVAGE SR**
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Anshoo Sethi**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents)
- ☐ Subpoena with $ _____ witness fee and mileage
- ☐ Summons, Complaint with exhibits, Order or TRO and Other Relief, Asset Freeze Order SEC Brief in Support of Ex Parte Motion for TRO, Asset Freeze & Other Emergency Relief with exhibits and Exhibits 2-4 in Support of Brief

by serving (NAME) **RAVYNER Sethi Mother**
at ☐ Home **1314 S Plymouth CT Chgo IL**
☐ Business
☐ on (DATE) **02-07-2013** at (TIME) **7:19 pm**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
From (CITY) _____ (STATE) _____

**Manner of Service:**
- ☐ By Personal Service
- ☐ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely, _____
- ☒ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers **RAVYNER Sethi Mother Authorize to Accept**
- ☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
- ☐ Unknown at Address
- ☐ Evading
- ☐ Other: _____
- ☐ Address does not exist
- ☐ Service cancelled by litigant
- ☐ Moved, Left no forwarding
- ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on: ( ) _____ ( ) _____ ( ) _____ ( ) _____ ( ) _____

**Description:**
- ☒ Male / ☐ Female
- ☐ Glasses
- ☐ White Skin / ☐ Black Skin / ☒ Brown Skin / ☒ Yellow Skin / ☐ Red Skin
- ☒ Black Hair / ☒ Brown Hair / ☐ Blond Hair / ☒ Gray Hair / ☒ Red Hair
- ☐ White Hair / ☐ Balding / ☐ Mustache / ☐ Beard
- ☐ 14-20 Yrs. / ☐ 21-35 Yrs. / ☒ 36-50 Yrs. / ☐ 51-65 Yrs. / ☐ Over 65 Yrs.
- ☐ Under 5' / ☒ 5'-5'3" / ☒ 5'4"-5'8" / ☐ 5'9"-6' / ☐ Over 6'
- ☐ Under 100 Lbs. / ☐ 100-130 Lbs. / ☒ 131-160 Lbs. / ☒ 161-200 Lbs. / ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois County of Cook

Subscribed and sworn to before me
A notary public, this ___ day of February 2013

Notary Public

SERVED BY _____
LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/17/15

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

United States Securities & Exchange Commission

V.

A Chicago Convention Center, LLC, Anshoo Sethi, and Intercontinental Regional Center Trust of Chicago, LLC

13CV982
JUDGE ST. EVE
MAG. JUDGE ROWLAND

TO: (Name and address of Defendant)

Anshoo Sethi
Individually ~~and as Agent for A Chicago Convention Center, LLC and Intercontinental Regional Center Trust of Chicago, LLC~~
1314 S. Plymouth Court
Chicago, Illinois 60605-2717

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick M. Bryan (BryanP@sec.gov)
U.S. Securities & Exchange Commission
100 F. Street, NE
Washington, DC 20549
(202) 551 - 4420

an answer to the complaint which is herewith served upon you, within _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.Thom

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK

DATE 2-6-13

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                    *Signature of Server*

                                  _____
                                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Affidavit of Process Server

| US SEC | vs A Chicago Convention Center LLC et al. | 13 CV 982 |
|---|---|---|
| Plaintiff/Petitioner | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I **Barry A Savage Sr**

declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Intercontinental Regional Center Trust of Chicago, LLC**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents)
- ☐ Subpoena with $_____ witness fee and mileage
- ☐ Summons, Complaint with exhibits, Order or TRO and Other Relief, Asset Freeze Order SEC Brief in Support of Ex Parte Motion for TRO, Asset Freeze & Other Emergency Relief with exhibits and Exhibits 2-4 in Support of Brief

by serving (NAME) **Ranyher Sethi mother**
at ☐ Home **1314 S Plymouth Ct Chgo IL**
   ☐ Business
   ☐ on (DATE) **02-07-2013** at (TIME) **7:19 pm**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
From (CITY) _____ (STATE) _____

**Manner of Service:**
- ☐ By Personal Service
- ☐ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely,
- ☒ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers **Ranyher Sethi mother Authorize to Accept**
- ☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
- ☐ Unknown at Address  ☐ Evading  ☐ Other: _____
- ☐ Address does not exist  ☐ Service cancelled by litigant
- ☐ Moved, Left no forwarding  ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on: ( ) _____ ,( ) _____ ,( ) _____
DATE TIME   DATE TIME   DATE TIME
( ) _____ ,( ) _____ ,( ) _____ ,( ) _____
DATE TIME   DATE TIME   DATE TIME   DATE TIME

**Description:**
- ☐ Male  ☐ White Skin  ☒ Black Hair  ☐ White Hair  ☐ 14-20 Yrs.  ☐ Under 5'  ☐ Under 100 Lbs.
- ☒ Female  ☐ Black Skin  ☐ Brown Hair  ☐ Balding  ☐ 21-35 Yrs.  ☒ 5'-5'3"  ☐ 100-130 Lbs.
- ☒ Brown Skin  ☐ Blond Hair  ☒ 36-50 Yrs.  ☐ 5'4"-5'8"  ☒ 131-160 Lbs.
- ☐ Glasses  ☐ Yellow Skin  ☒ Gray Hair  ☐ Mustache  ☐ 51-65 Yrs.  ☐ 5'9"-6'  ☐ 161-200 Lbs.
- ☐ Red Skin  ☐ Red Hair  ☐ Beard  ☐ Over 65 Yrs.  ☐ Over 6'  ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois County of Cook

Subscribed and sworn to before me
A notary public, this ___ day of **February 2013**

_____
Notary Public

SERVED BY _B A Savage Jr_
LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES...

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

United States Securities & Exchange Commission

V.

A Chicago Convention Center, LLC, Anshoo Sethi, and Intercontinental Regional Center Trust of Chicago, LLC

CA 13CV982
JUDGE ST. EVE
MAG. JUDGE ROWLAND

TO: (Name and address of Defendant)

~~Anshoo Sethi~~
~~Individually and as Agent for A Chicago Convention Center, LLC and~~ Intercontinental Regional Center Trust of Chicago, LLC — c/o Anshoo Sethi, Agent
1314 S. Plymouth Court
Chicago, Illinois 60605-2717

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick M. Bryan (BryanP@sec.gov)
U.S. Securities & Exchange Commission
100 F. Street, NE
Washington, DC 20549
(202) 551 - 4420

an answer to the complaint which is herewith served upon you, within ___21___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.Thom

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK

2-6-13

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                     *Signature of Server*

                                       _____
                                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.