UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 13-cv-982 |
| | | Honorable Judge Amy J. St. Eve |
| Plaintiff, | | Magistrate Judge Mary M. Rowland |
| v. | | |
| A CHICAGO CONVENTION CENTER LLC, ANSHOO R. SETHI, and INTERCONTINENTAL REGIONAL CENTER TRUST OF CHICAGO, LLC | | |
| Defendants. | | |

## INTERVENOR DONG MEI XU'S MOTION TO INTERVENE

Pursuant to Federal Rules of Civil Procedure 24(a) and 24(b), intervenor Dong Mei Xu hereby moves for leave to intervene in the above-captioned matter. The grounds and reasons for this motion are set forth in greater detail in the accompanying memorandum of law.

Dated: February 19, 2013

Respectfully submitted,

s/Stephen J. Landes
An Attorney for Intervenor Dong Mei Xu

Henry B. Handler*
William J. Berger*
WEISS HANDLER & CORNWELL, P.A.
2255 Glades Road, Suite 218A
Boca Raton, FL 33431
hbh@weissandhandlerpa.com
Tel: 561-997-9995

Stephen J. Landes (No. 1567411)
Michael Dockterman (No. 3121675)
William R. Lee (No. 6280450)
EDWARDS WILDMAN PALMER LLP
225 West Wacker Drive, Suite 2800
Chicago, Illinois 60606
slandes@edwardswildman.com
Tel: 312-201-2000

* Pro Hac Vice application process initiated

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on February 19, 2013, a true and correct copy of the foregoing **Motion To Intervene** and accompanying **Memorandum of Law In Support Of Motion To Intervene** was filed with the Clerk of the Court for the United States District Court, Northern District of Illinois, using the CM/ECF system, which will send notification of such filing to the all parties of record, and was caused to be served via first class mail upon the following:

Patrick M. Bryan
U.S. Securities & Exchange Commission
100 F. Street, NE
Washington, DC  20549

             s/William R. Lee