# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

United States Securities and Exchange Commission

                          Plaintiff,

v.                                                Case No.: 1:13−cv−00982

                                                           Honorable Amy J. St. Eve

A Chicago Convention Center, LLC, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 20, 2013:

      MINUTE entry before Honorable Amy J. St. Eve: Motion hearing held on 2/20/13. Dong Mei Xu's motion to intervene [20] is entered. Response shall be filed by 3/6/13. Reply by 3/13/13. Defendant is directed to file the affidavits under seal as directed by the Court on or before 2/27/13. Plaintiff's motion for preliminary injunction is granted by consent. Status hearing set for 3/11/13 at 9:30 a.m.Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.