UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>A CHICAGO CONVENTION CENTER LLC, ANSHOO R. SETHI, and INTERCONTINENTAL REGIONAL CENTER TRUST OF CHICAGO, LLC<br><br>Defendants. | 13-cv-982<br><br>Honorable Judge Amy J. St. Eve<br>Magistrate Judge Mary M. Rowland |

## NOTICE OF MOTIONS

TO:    Patrick M. Bryan (BryanP@sec.gov)
       Charles J. Felker (FelkerC@sec.gov)
       Adam J. Eisner (EisnerA@sec.gov)
       Mika M. Donlon (DonlonM@sec.gov)
       U.S. Securities & Exchange Commission
       100F Street, NE
       Washington, DC 20549

   PLEASE TAKE NOTICE that on the 11th Day of March, 2013 at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for Proposed Intervenors John Does 1-90 shall appear before the Honorable Judge Amy J. St. Eve, or any judge sitting in her stead, in Room 1241, in the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present their **Motion to Intervene** and **Motion for Leave to File Exhibit to Motion to Intervene Under Seal**, copies of which are attached hereto and served upon you.

| | |
|---|---|
| Dated: March 6, 2013 | Respectfully submitted,<br><br>s/Stephen J. Landes<br>An Attorney for Proposed Intervenors |
| Henry B. Handler*<br>William J. Berger*<br>WEISS HANDLER & CORNWELL, P.A.<br>2255 Glades Road, Suite 218A<br>Boca Raton, FL 33431<br>hbh@weissandhandlerpa.com<br>Tel: 561-997-9995<br><br>* *Admitted Pro Hac Vice* | Stephen J. Landes (No. 1567411)<br>Michael Dockterman (No. 3121675)<br>William R. Lee (No. 6280450)<br>EDWARDS WILDMAN PALMER LLP<br>225 West Wacker Drive, Suite 2800<br>Chicago, Illinois 60606<br>slandes@edwardswildman.com<br>Tel: 312-201-2000 |

3

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on March 6, 2013, a true and correct copy of the foregoing **Notice of Motions** was filed with the Clerk of the Court for the United States District Court, Northern District of Illinois, using the CM/ECF system, which will send notification of such filing to the all parties of record in this matter.

                                                        \_\_s/William R. Lee_____