UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

United States Securities and Exchange Commission

          Plaintiff,

v.          Case No.: 1:13−cv−00982
          Honorable Amy J. St. Eve

A Chicago Convention Center, LLC, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 8, 2013:

      MINUTE entry before Honorable Amy J. St. Eve: The SEC and defendants are directed to meet and confer on the proposed order attached to defendants' emergency motion to modify the asseet freeze order prior to the 3/11/13 status/motion hearing.Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.