IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, ) ) ) | |
| Plaintiff, ) ) | Case No. 1:13-CV-00982 |
| v. ) ) ) | District Judge St. Eve |
| A CHICAGO CONVENTION CENTER, LLC, ANSHOO SETHI, and INTERCONTINENTAL REGIONAL CENTER TRUST OF CHICAGO, LLC, ) ) ) ) ) | |
| Defendants. ) | |

## ORDER

This matter having come before the Court on Defendants' Emergency Unopposed Motion to Modify the Asset Freeze Order, the Court being fully advised on the premises, it is hereby Ordered:

1. The Asset Freeze Order dated February 20, 2013 (Dkt. No. 27) is hereby modified as follows.

2. The two hundred thousand dollars ($200,000.00) received via wire transfer by Pacific Global Bank on or around February 11-14, 2013 (wire sequence number ending in *748) and deposited into Pacific Global Bank Account ending in *021 is exempt from the Asset Freeze Order.

3. Pacific Global Bank is hereby ordered to permit the transfer of two hundred thousand dollars ($200,000.00) from the Pacific Global Bank Account ending in *021 to another (unfrozen) account in the name of Ravinder Sethi and/or Ranjna Sethi and to allow them to control the disposition of said funds. Absent further order from the Court, the Pacific Global

Bank account ending in *021 shall remain subject to the Court's February 20, 2013 freeze order in all other respects.

**SO ORDERED:**

Dated: March 8, 2013                      By: _____
                                                       Honorable Amy St. Eve
                                                       United States District Court Judge

Order prepared by:

Scott Mendeloff (ARDC No. 6184901)
Arthur Don (ARDC No. 3121678)
Jason B. Elster (ARDC No. 6289434)
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Tel: 312.456.8400

*Attorneys for Defendants*