# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
## Eastern Division

United States Securities and Exchange Commission

                        Plaintiff,

v.                                        Case No.: 1:13−cv−00982
                                                Honorable Amy J. St. Eve

A Chicago Convention Center, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 11, 2013:

      MINUTE entry before Honorable Amy J. St. Eve:Status hearing held on 3/11/2013 and continued to 3/25/2013 at 09:30 AM. Proposed Intervenors John Does 1−90's motion to intervene [35] is entered. Responses to the other pending motion to intervene shall apply to the motion to intervene at doc. 35. Replies on the motions to intervene are stayed until further order of the court. Rule 26(f) conference shall be conducted by 3/21/13. Rule 26(a)(1) disclosures by 3/29/13. Defendants shall answer or otherwise plead by 4/1/13. All fact discovery shall be completed by 10/31/13. Plaintiff's expert disclosures by 11/15/13. Defendants' expert disclosures by 12/20/13. All expert discovery shall be completed by 1/24/14. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.