

411 East Wisconsin Avenue
Milwaukee, Wisconsin 53202-4426
Tel 414.277.5000
Fax 414.271.3552
www.quarles.com

*Attorneys at Law in:*
Phoenix and Tucson, Arizona
Naples and Tampa, Florida
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Washington, DC
Shanghai, China

Writer's Direct Dial: 414.277.5325
E-Mail: michael.schaalman@quarles.com

April 2, 2013

The Honorable Amy J. St. Eve
United States District Court Judge
Room 1260
Durksen Federal Building
219 South Dearborn Street
Chicago IL 60604

RE: United States Securities and Exchange Commission v. A Chicago Convention Center, LLC, et al. - Case No. 1:13-CV-00982

Dear Judge St. Eve:

We represent 48 investors who have invested monies with the defendants in this case, and whose monies are currently held by the escrow agent, Sun Trust Bank. We are writing on their behalf to express their support of the motion of the SEC to modify the asset freeze order and to direct the return of the escrowed funds to these investors. If the motion is granted, we will work with the SEC and the escrow agent to ensure the prompt return of our clients' investments.

Very truly yours,

QUARLES & BRADY LLP

*Michael Schaalman*

Michael H. Schaalman

cc: Patrick M. Bryan, Esq.
Scott Mendeloff, Esq.
William R. Lee, Esq.

QB\20398566.1