IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, ) ) ) | |
| Plaintiff, ) ) | Case No. 1:13-CV-00982 |
| v. ) ) ) | District Judge St. Eve |
| A CHICAGO CONVENTION CENTER, LLC, ANSHOO SETHI, and INTERCONTINENTAL REGIONAL CENTER TRUST OF CHICAGO, LLC, ) ) ) ) ) | |
| Defendants. ) | |

**AGREED ORDER REGARDING**
**DISPOSITION OF CERTAIN CASHIER'S CHECKS**

This matter is before the Court on Plaintiff and Defendants' oral motion to resolve the disposition of certain cashier's checks. Being fully advised in the premises, this Court hereby finds as follows:

1. On February 1, 2013, Cathay Bank issued two cashier's checks: cashier's check number 000160303, payable to Westin Hotel Management, L.P. in the amount of sixty thousand dollars ($60,000.00), and cashier's check number 000160304, payable to Starwood (M) International, Inc. in the amount of ninety one thousand, six hundred dollars ($91,600.00) (collectively, the "Cashier's Checks").

2. The Cashier's Checks were each drawn from Cathay Bank account number 73720617, which was maintained by Intercontinental Regional Center Trust of Chicago, LLC.

3. Sometime after February 1, 2013, but before the present lawsuit was initiated, the Cashier's Checks were transmitted by A Chicago Convention Center to Westin Hotel

1

Management, L.P. and Starwood (M) International, Inc. in conjunction with certain hotel franchise applications.

4. In March 2013, following the filing of this lawsuit, counsel for Defendants requested that Starwood Hotels & Resorts Worldwide, Inc. return the Cashier's Checks and not deposit them.

5. On March 26, 2013, Starwood Hotels & Resorts Worldwide, Inc. returned the Cashier's Checks to counsel for Defendants.

6. Defendants' counsel is currently in possession of the Cashier's Checks.

7. Both the SEC and Defendants desire that the Cashier's Checks be deposited back into the Cathay Bank account from which they were initially drawn, Cathay Bank account number 73720617.

8. Cathay Bank account number 73720617 is one of the accounts frozen as a result of this Court's February 20, 2013, asset freeze order, Dkt. No. 27.

**IT IS THEREFORE ORDERED:**

9. The Court's February 20, 2013 asset freeze order is hereby modified to permit the Cashier's Checks to be deposited into Cathay Bank account number 73720617.

10. As soon as practicable, counsel for Defendants shall cause the Cashier's Checks to be deposited into Cathay Bank account number 73720617.

11. Cathay Bank is hereby ordered to cooperate with counsel for Defendants to deposit the Cashier's Checks into Cathay Bank account number 73720617.

12. Cathay Bank is hereby ordered to provide counsel for the SEC and counsel for Defendants written confirmation that the Cashier's Checks were deposited into Cathay Bank account number 73720617.

13. Absent further order from the Court, Cathay Bank account number 73720617 shall remain subject to the Court's February 20, 2013 freeze order in all other respects.

14. The Court shall retain exclusive jurisdiction over all claims arising in connection with this Order.

**IT IS SO ORDERED.**

Dated: April 8, 2013

Judge Amy J. St. Eve
United States District Judge