# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Amy J. St. Eve | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 13 C 982 | **DATE** | 4/16/2013 |
| **CASE TITLE** | SEC vs. A Chicago Convention Center et al | | |

**DOCKET ENTRY TEXT**

Alan Ramer's motion for leave to appear pro hac vice on behalf of Teng Yanlun, a $500,000 EB5 investor in the project, [63] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | KF |
|---|---|---|