**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**LIMITED ATTORNEY APPEARANCE FORM AS**
**SETTLEMENT ASSISTANCE PROGRAM COUNSEL**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

UNITED STATES SECURITIES AND EXCHANGE COMMISSION v. A CHICAGO CONVENTION CENTER, LLC., ANSHOO R. SETHI and INTERCONTINENTAL REGIONAL CENTER TRUST OF CHICAGO, LLC.

Case Number: 13CV982

A LIMITED APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED

AS SETTLEMENT ASSISTANCE PROGRAM COUNSEL FOR

(In the space below, enter the name of the party or parties being represented)

TENG yanlun, a $500,000.00 EB5 investor in the project

By filing this appearance, undersigned counsel represents that he/she has not entered into, and will not seek to enter into, any agreement with the party for payment by the party of fees and/or costs.

| NAME (Type or print) | |
|---|---|
| Alan H.Ramer | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Alan H.Ramer | |
| FIRM | |
| Dick Lee & Associates,P.A. | |
| STREET ADDRESS | |
| 2701 South Bayshore Drive,Suite 605 | |
| CITY/STATE/ZIP | |
| Miami,Florida 33133 | |
| ID NUMBER | TELEPHONE NUMBER |
| FL.BAR# 771716 | (305)859-8886 (786)443-9559 |
| E-MAIL ADDRESS | |
| DICKLEE2701@YAHOO.COM,ARAMER@RAMERLAW.COM | |