# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

United States Securities and Exchange Commission

                Plaintiff,

v.

A Chicago Convention Center, LLC, et al.

                Defendant.

Case No.: 1:13−cv−00982
Honorable Amy J. St. Eve

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 19, 2013:

      MINUTE entry before Honorable Amy J. St. Eve: Defendants' motion to join [65] is granted. Plaintiff's motion to modify the asset freeze order to return escrowed funds to investors [52] is granted. [For further details, see separate Order.] Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.