# EDWARDS WILDMAN

EDWARDS WILDMAN PALMER LLP
225 WEST WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606
+1 312 201 2000 main  +1 312 201 2555 fax
edwardswildman.com

Stephen Landes
Partner
+1 312 201 2772
fax +1 855 584 0173
slandes@edwardswildman.com

April 16, 2013

**BY HAND DELIVERY**

The Honorable Amy J. St. Eve
United States District Court Judge
United States District Court
  for the Northern District of Illinois
219 South Dearborn Street, Room 1260
Chicago, Illinois 60604

**FILED**
APR 1 6 2013
JUDGE AMY ST. EVE
United States District Court

Re: United States v. A Chicago Convention Center, et al., No. 13-cv-982 (N.D. Ill.)

Dear Judge St. Eve:

Together with our co-counsel, Henry Handler, we write on behalf of the Proposed Interveners in the above-referenced matter in response to the Court's April 3, 2013 request for comments regarding the SEC's motion to modify the current asset freeze order.

As we advised Your Honor at the April 3 hearing, we seek to assist the SunTrust Bank in returning the escrowed money to our clients as quickly as possible. We stand ready to provide the bank with information. We have advised the SEC's counsel regarding that goal and our availability to help; we have no objections to the Commission's proposed amended order.

With best wishes,

Very truly yours,

Stephen J. Landes

SJL/kh

cc: Patrick Bryan, Esq.
    Scott Mendeloff, Esq.

AM 19232829.1