IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:13-CV-00982 |
| v. | ) ) ) | District Judge St. Eve |
| A CHICAGO CONVENTION CENTER, LLC, ANSHOO SETHI, and INTERCONTINENTAL REGIONAL CENTER TRUST OF CHICAGO, LLC, | ) ) ) ) ) | |
| Defendants. | ) | |

**AGREED ORDER REGARDING
<u>MORTGAGE PAYMENTS ON THE PROPERTY</u>**

This matter is before the Court on Defendants' Motion for an Order Compelling Cathay Bank to Accept Mortgage Payments. Being fully advised on the premises, this Court hereby finds as follows:

1. The property located at 8201 W. Higgins Road, Chicago, Illinois 60631 (the "Property") was the intended location for the development project at issue in this litigation.

2. Cathay Bank holds the mortgage on the Property.

3. Despite the fact that the project itself will not proceed, the Property is a potential source of money to repay investors, and it therefore is in the interests of all parties to maintain the mortgage on the Property.

4. Ravinder Sethi has attempted to make monthly mortgage payments to Cathay Bank using his personal funds that are not subject to the Court's February 20, 2013 asset freeze order.

5. Cathay Bank has refused to accept Ravinder Sethi's mortgage payments for the Property, citing this honorable Court's asset freeze order.

**IT IS THEREFORE ORDERED:**

6. Cathay Bank is hereby ordered to accept payments from Ravinder and/or Ranjna Sethi to be applied to the mortgage on the Property.

7. Ravinder and/or Ranjna Sethi shall only use funds that are not subject to the Court's February 20, 2013 asset freeze order to make any mortgage payments on the Property. This element of the Order is directed to Ravinder and Ranjna Sethi, and it shall not be Cathay Bank's responsibility to confirm the source of funds.

8. Nothing in this order shall be construed as a modification of the Court's February 20, 2013 asset freeze order.

9. The Court shall retain exclusive jurisdiction over all claims arising in connection with this Order.

**IT IS SO ORDERED.**

Dated: April 22, 2013

_____
Judge Amy J. St. Eve
United States District Judge