UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 13-cv-982 |
| v. | ) ) | Judge Amy J. St. Eve |
| A CHICAGO CONVENTION CENTER, LLC, ANSHOO R. SETHI, and INTERCONTINENTAL REGIONAL CENTER TRUST OF CHICAGO, LLC | ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS A CHICAGO CONVENTION CENTER, LLC AND
INTERCONTINENTAL REGIONAL CENTER TRUST OF CHICAGO, LLC'S
RESPONSE TO THE SEC'S EFFORT TO AVOID
A BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS**

Defendants A Chicago Convention Center, LLC and Intercontinental Regional Center Trust of Chicago, LLC (the "Corporate Defendants") have filed a case-dispositive motion under Fed. R. Civ. P. 12(b)(6), and have requested this Court to set a briefing schedule to address Corporate Defendants' argument that under the Supreme Court's decision in *Morrison* the SEC cannot state a claim in this case.

In a transparent attempt to stack the deck, the SEC asks the Court to deprive Corporate Defendants of the right to present this substantial, dispositive issue in the sort of detail it demands by asking the Court either to require defendants to present this complex issue orally tomorrow, or to submit a brief in two days. The SEC relies upon two entirely conclusory assertions: (a) the SEC has satisfied the *Morrison* test; and (b) the Dodd-Frank Act overrides *Morrison*. Our brief will set out clear, *well-supported* legal analysis that the Motion to Dismiss

should be granted because this case fails to pass muster under *Morrison* and that Dodd-Frank does not override *Morrison*.

Revealingly, while seeking to hamstring Corporate Defendants, the Commission then asks for ***three weeks*** to respond to Corporate Defendants' brief. That the SEC feels it needs this extended response period in and of itself: (a) belies the SEC's groundless claim that the Corporate Defendants' motion is "frivolous";[1] and (b) demonstrates the merit in the Corporate Defendants' request for a full and fair briefing schedule.

Given that this is such an important issue in this case and otherwise, there is no reason whatsoever for the Court to accede to the SEC's effort to rush an issue of first impression in this significant area. We urge the Court to grant our request for a full and fair briefing schedule.

                    Respectfully submitted,

                    A CHICAGO CONVENTION CENTER, LLC, ANSHOO SETHI, and INTERCONTINENTAL REGIONAL CENTER TRUST OF CHICAGO, LLC

Dated: May 1, 2013                     /s/ Scott Mendeloff

Scott Mendeloff
Gabriel Aizenberg
Jason B. Elster
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Tel: 312.456.8400

*Attorneys for Defendants*

---

[1] Corporate Defendants have found no published opinion – nor does the SEC cite one -- that holds that Dodd-Frank overrides *Morrison*, and a number of academic commentators – e.g., HARVARD BUSINESS LAW REVIEW – demonstrate that Dodd-Frank did not override *Morrison*.

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that on May 1, 2013, he electronically filed the foregoing ***DEFENDANTS A CHICAGO CONVENTION CENTER, LLC AND INTERCONTINENTAL REGIONAL CENTER TRUST OF CHICAGO, LLC'S RESPONSE TO THE SEC'S EFFORT TO AVOID A BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS*** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record.

                                                       /s/ Scott Mendeloff