IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:13-cv-00982 |
| v. | ) ) ) | District Judge St. Eve |
| A CHICAGO CONVENTION CENTER, LLC, ANSHOO SETHI, and INTERCONTINENTAL REGIONAL CENTER TRUST OF CHICAGO, LLC, | ) ) ) ) ) | Magistrate Judge Rowland |
| Defendants. | ) | |

## NOTICE OF MOTION

To: All Parties of Record

  PLEASE TAKE NOTICE that, on May 13, 2013 at 8:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge St. Eve in Room 1260 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604 and shall present DEFENDANTS' UNOPPOSED MOTION TO MODIFY THE ASSET FREEZE ORDER, a copy of which was served upon you.

Dated: May 7, 2013

                       A CHICAGO CONVENTION CENTER,
                       LLC, AND INTERCONTINENTAL
                       REGIONAL CENTER TRUST OF
                       CHICAGO, LLC,

                       By:   /s/   Scott Mendeloff
                          One of Their Attorneys

                       Scott Mendeloff (ARDC No. 6184901)
                       Arthur Don (ARDC No. 3121678)
                       Jason B. Elster (ARDC No. 6289434)
                       GREENBERG TRAURIG, LLP
                       77 West Wacker Drive, Suite 3100
                       Chicago, Illinois 60601
                       Tel: 312.456.8400

                       *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that on May 7, 2013, he electronically filed the foregoing ***Unopposed Motion to Modify the Asset Freeze Order and Notice of Motion*** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record.

                                                          /s/ Scott Mendeloff