# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
### Eastern Division

United States Securities and Exchange Commission

                Plaintiff,

v.

                Case No.: 1:13−cv−00982
                Honorable Amy J. St. Eve

A Chicago Convention Center, LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 8, 2013:

        MINUTE entry before Honorable Amy J. St. Eve: Defendants' unopposed motion to modify the asset freeze order [84] is granted. No appearance is required on the 5/13/13 notice date. [For further details, see separate Order.] Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.