IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:13-CV-00982 |
| v. | ) ) ) | District Judge St. Eve |
| A CHICAGO CONVENTION CENTER, LLC, ANSHOO SETHI, and INTERCONTINENTAL REGIONAL CENTER TRUST OF CHICAGO, LLC, | ) ) ) ) ) | |
| Defendants. | ) | |

## AGREED ORDER MODIFYING
## THE COURT'S ASSET FREEZE ORDER

This matter is before the Court on Defendants' Unopposed Motion to Modify the Asset Freeze Order. Being fully advised in the premises, this Court hereby **ORDERS**:

1. The Court's February 20, 2013 Asset Freeze Order is modified as follows.

2. Ravinder Sethi is permitted to transfer funds from Pacific Global Bank account number 000105347 to another (unfrozen) account in the name of Ravinder Sethi and/or Ranjna Sethi subject to the restriction set forth in paragraph three, below.

3. Notwithstanding the foregoing, $12,567.73 shall remain in Pacific Global Bank account number 000105347 and subject to the Court's Asset Freeze Order until further order of Court.

4. Absent further order from the Court, Pacific Global Bank account number 000105347 shall remain subject to the Court's February 20, 2013 freeze order in all other respects.

5. The Court shall retain exclusive jurisdiction over all claims arising in connection

1

with this Order.

**IT IS SO ORDERED.**

Dated:  May 8, 2013  _____
Judge Amy J. St. Eve
United States District Judge