IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>   v.<br><br>A CHICAGO CONVENTION CENTER, LLC, ANSHOO SETHI, and INTERCONTINENTAL REGIONAL CENTER TRUST OF CHICAGO, LLC<br><br>        Defendants. | Case No. 1:13-CV-982<br><br>District Judge St. Eve |

**AGREED ORDER REGARDING**
**MODIFICATION OF ASSET FREEZE ORDER**

This matter is before the Court on the Unopposed Motion to Intervene and to Modify the Asset Freeze Order filed by TD Ameritrade, Inc. Being fully advised in the premises, this Court finds the Motion should be granted and the February 20, 2013 Asset Freeze Order (Docket No. 27) modified per the terms hereof. Accordingly, this Court hereby **ORDERS**:

1. The Court's February 20, 2013 Asset Freeze Order is modified to allow TD Ameritrade to:

    (a)    sell the MTL shares in the account of Upgrowth Investments LLC (the "Account") identified in the Motion;

    (b)    apply the proceeds of the sale to reduce the margin balance in the Account, i.e., to re-pay the amount TD Ameritrade loaned Upgrowth Investments LLC in the Account; and

    (c)    retain the balance of the proceeds, if any, of the sale of MTL in a cash position in the Account subject to further order of the Court.

2. The Court shall retain exclusive jurisdiction over all matters arising in connection with this Order.

**IT IS SO ORDERED.**

Dated June 24, 2013.

_____
Judge Amy J. St. Eve
United States District Court Judge

2