# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          Case Number: 13-cv-982

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

v

A CHICAGO CONVENTION CENTER LLC, ANSHOO R. SETHI, INTERCONTINENTAL REGIONAL CENTER TRUST OF CHICAGO, LLC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

INTERVENORS' JANE DOES "A" THROUGH "N"

| | |
|---|---|
| NAME (Type or print) <br> Michael Lee Tinaglia | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Michael Lee Tinaglia | |
| FIRM <br> Law Offices of Michael Lee Tinaglia, Ltd. | |
| STREET ADDRESS <br> 444 N. Northwest Highway, Suite 350 | |
| CITY/STATE/ZIP <br> Park Ridge, Illinois 60068 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> ARDC No. 2835886 | TELEPHONE NUMBER <br> (847) 692-0421 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |