IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:13-CV-00982 |
| v. | ) ) ) | District Judge St. Eve |
| A CHICAGO CONVENTION CENTER, LLC, ANSHOO SETHI, and INTERCONTINENTAL REGIONAL CENTER TRUST OF CHICAGO, LLC, | ) ) ) ) ) | Magistrate Judge Rowland |
| Defendants. | ) | |

## AGREED ORDER MODIFYING
## THE COURT'S ASSET FREEZE ORDER

This matter is before the Court on Defendants' Unopposed Motion to Modify the Asset Freeze Order. Being fully advised in the premises, this Court hereby **ORDERS**:

1. The Court's February 20, 2013 Asset Freeze Order is modified as follows.

2. Pacific Global Bank account number xxx0021 has a current balance of sixty-one thousand six hundred seventy-five dollars and ninety-four cents ($61,675.94).

3. Ravinder and Ranjna Sethi are permitted to transfer all funds from Pacific Global Bank account number xxx0021 to an account maintained by Greenberg Traurig, LLP.

4. Ravinder Sethi is permitted to transfer five thousand dollars ($5,000.00) from Pacific Global Bank account number xxx5347 to an account maintained by Greenberg Traurig, LLP.

5. All funds transferred to Greenberg Traurig, LLP pursuant to this Order shall be applied to legal fees incurred by Defendants and for no other purpose.

6. Anshoo Sethi shall be removed as a signatory on the Pacific Global Bank account

number xxx0021.

7.  Pacific Global Bank account number xxx0021 is hereby unfrozen and is no longer subject to the Court's February 20, 2013 asset freeze order.

8.  Absent further order from the Court, Pacific Global Bank account number xxx5347 shall remain subject to the Court's February 20, 2013 freeze order in all other respects.

9.  The Court shall retain exclusive jurisdiction over all claims arising in connection with this Order.

**IT IS SO ORDERED.**

Dated: August 23, 2013

_____
Judge Amy J. St. Eve
United States District Judge