UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) | 13-cv-982 |
| Plaintiff, | ) ) ) | Honorable Judge Amy J. St. Eve Magistrate Judge Mary Rowland |
| v. | ) ) | |
| A CHICAGO CONVENTION CENTER LLC, ANSHOO R. SETHI, and INTERCONTINENTAL REGIONAL CENTER TRUST OF CHICAGO, LLC, | ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF FILING

Please take notice that on August 31, 2013 the undersigned filed with Clerk of the U.S. District Court for the Northern District of Illinois **INTERVENORS' JANE DOES "A" THROUGH "N" REPLY IN SUPPORT OF THEIR MOTION TO INTERVENE INSTANTER,** a copy of which has been served on you concurrently with this Notice.

Respectfully submitted,

By: s/Michael Lee Tinaglia

Michael Lee Tinaglia
Law Offices of Michael Lee Tinaglia, Ltd.
444 N. Northwest Highway, Suite 350
Park Ridge, Illinois 60068
ARDC No. 2835886
(847) 692-0421 *Telephone*
(847) 685-8440 *Facsimile*
mltinglia@tinaglialaw.com

## CERTIFICATE OF SERVICE

I, Michael Lee Tinaglia, an attorney hereby certifies that on August 31, 2013, I caused a copy of the foregoing Notice of Filing **INTERVENORS' JANE DOES "A" THROUGH "N" REPLY IN SUPPORT OF THEIR MOTION TO INTERVENE INSTANTER** to be served upon all counsel of record via the Court's Electronic Filing system, in accordance with Local Rule 5.9.


By: s/Michael Lee Tinaglia


Michael Lee Tinaglia
Law Offices of Michael Lee Tinaglia, Ltd.
444 N. Northwest Highway, Suite 350
Park Ridge, Illinois 60068
ARDC No. 2835886
(847) 692-0421 *Telephone*
(847) 685-8440 *Facsimile*
mltinglia@tinaglialaw.com