UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>)<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>A CHICAGO CONVENTION CENTER LLC, ANSHOO R. SETHI, and INTERCONTINENTAL REGIONAL CENTER TRUST OF CHICAGO, LLC, )<br>)<br>)<br>)<br>)<br>**Defendants.** ) | 13-cv-982<br><br>Honorable Judge Amy J. St. Eve<br>Magistrate Judge Mary Rowland |

### INTERVENORS' JANE DOES "A" THROUGH "N" MOTION TO FILE REPLY IN SUPPORT OF MOTION TO INTERVENE INSTANTER

Intervenors, Jane Does "A" through "N" ("Proposed Intervenors"), by and through their counsel move this Court for leave to file their Reply in support of their motion to intervene instanter. In support of their motion the Proposed Intervenors state as follows:

1. Pursuant to the briefing schedule set by this Court Proposed Intervenors were to file their reply in support of their motion to intervene as a matter of right by August 30, 2013.

2. Proposed Intervenors counsel, Michael Tinaglia was involved in preparation for depositions all day August 29, 2013.

3. The subject depositions were set and taken on August 30, 2013. However, the depositions took much more time than anticipated preventing Attorney Tinaglia from completing the reply in this case.

WHEREFORE, Proposed Intervenors respectfully move this Court for leave to file their Reply in support of their motion to intervene instanter.

Dated: August 31, 2013

Respectfully submitted,

s/Michael Lee Tinaglia
An Attorney for Intervenors,
Jane Does "A" through "N"

Michael Lee Tinaglia
Law Offices of Michael Lee Tinaglia, Ltd.
444 N. Northwest Highway
Suite 350
Park Ridge, Illinois 60068
ARDC No. 2835886
(847) 692-0421 *Telephone*
(847) 685-8440 *Facsimile*
mltinglia@tinaglialaw.com

**CERTIFICATE OF SERVICE**

       The undersigned, an attorney, hereby certifies that on July 18, 2013, a true and correct copy of the foregoing MOTION FOR LEAVE TO FILE REPLY INSTANTER was filed with the Clerk of the Court for the United States District Court, Northern District of Illinois, using the CM/ECF system, which will send notification of such filing to the all parties of record.

                                      /Michael Lee Tinaglia
                                      Attorneys for Intervenors,
                                      Jane Does "A" through "N"

Michael Lee Tinaglia
Law Offices of Michael Lee Tinaglia, Ltd.
444 N. Northwest Highway
Suite 350
Park Ridge, Illinois 60068
ARDC No. 2835886
(847) 692-0421 *Telephone*
(847) 685-8440 *Facsimile*
mltinglia@tinaglialaw.com

3