# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

United States Securities and Exchange Commission

          Plaintiff,

v.           Case No.: 1:13−cv−00982
          Honorable Amy J. St. Eve

A Chicago Convention Center, LLC, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 18,2013:

    MINUTE entry before Honorable Mary M. Rowland:Settlement conference held on 9/18/13. Parties have reached an agreement on virtually all disputed issues. Parties are to continue to confer to resolve the outstanding issues and to finalize language as to the agreements reached. Status set for 10/21/13 at 8:00AM. Parties wishing to appear by telephone should call the court at 312−435−5857 two days before the status. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If an order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.