**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:13-CV-00982 |
| A CHICAGO CONVENTION CENTER, LLC, ANSHOO SETHI, and INTERCONTINENTAL REGIONAL CENTER TRUST OF CHICAGO, LLC, | ) ) ) ) | Judge St. Eve |
| Defendants. | ) ) ) | |

## AGREED ORDER MODIFYING ASSET FREEZE ORDER

This matter is before the Court on Defendant A Chicago Convention Center, LLC's Unopposed Motion for Modification of Asset Freeze Order. Being fully advised in the premises, this Court hereby finds as follows:

1.      Title to the property located at 8201 W. Higgins, Chicago, Illinois (the "Property") is held by A Chicago Convention Center, LLC ("ACCC"). Cathay Bank holds a first mortgage on the Property.

2.      Cathay Bank currently holds $72,141.95 of ACCC's money in a segregated escrow account for the payment of real estate taxes on the Property.

3.      An installment of real estate taxes in the amount of $13,973.94 became due on the Property on August 1, 2013 and is now incurring late fees.

4.      Cathay Bank represents that it has not paid the August 1, 2013 installment of taxes due to the Asset Freeze Order, Dkt. No. 27.

5.     Payment of the real estate taxes on the Property is necessary to limit the accrual of late fees and preserve the value of the Property, and no interested parties will be prejudiced by payment of the real estate taxes.

**IT IS THEREFORE ORDERED:**

6.     The Court's February 20, 2013 Asset Freeze Order, Dkt. No. 27, is hereby modified to permit Cathay Bank to pay the real estate tax installment currently due on the Property ($13,973.34 plus late fees) from the escrow account.  Cathay Bank is also permitted to pay any future real estate tax installments that come due on the Property from the escrow account so long as there remain sufficient funds to pay the tax installment then due in full and so long as ACCC remains the title owner of the Property.

7.     The Court shall retain exclusive jurisdiction over all claims arising in connection with this Order.

**IT IS SO ORDERED.**

Dated:  September 23, 2013

Amy J. St. Eve
United States District Judge